UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN J. SCHLABACH,<br><br>        Respondent. | No. CV-08-095-CI<br><br>ORDER |

**THIS MATTER** having come before the Court based upon John Schlabach's motion for reconsideration; and the Court having determined that he is not entitled to the relief he seeks; Now, therefore

**IT IS HEREBY ORDERED:**

Mr. Schlabach's motion for reconsideration (Ct. Rec. 33) is denied. The Court will not consider another motion for reconsideration.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ___29th___ day of January, 2009.

                          s/ Fred Van Sickle
                           FRED VAN SICKLE
             SENIOR UNITED STATES DISTRICT JUDGE

ORDER CLOSING FILE - 1